Case No. 23-1483/23-1484/23-1487/23-1489/23-1490/23-1491/23-1492/23-1493/23-1496/23-1560/23-1561/23-1563/23-1564/23-1565

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

JEFFREY FRANZ, Individually and as Next Friend as to RF and BF, minors; BRANDI FRANZ, Individually and as Next Friend as to RF and BF, minors; BF, a Minor, By Next Friends Jeffrey Franz and Brandi Franz; RF, a Minor, By Next Friends Jeffrey Franz and Brandi Franz

      Plaintiffs - Appellees

v.

OXFORD COMMUNITY SCHOOL DISTRICT

      Defendant

and

NICHOLAS EJAK, Dean of Students; SHAWN HOPKINS, Student Counselor

      Defendants - Appellants

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  August 22, 2023